**E-filed 4/24/08**

1

2

3

4

5

6

7            **IN THE UNITED STATES DISTRICT COURT**

8         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                  **SAN JOSE DIVISION**

10

11   In Re RAMBUS INC.,                    Case Number C-06-3513-JF
     DERIVATIVE  LITIGATION
12                                         ORDER ADMINISTRATIVELY
                                           CLOSING CONSOLIDATED
13                                         ACTIONS

14

15

16

17

18       On August 10, 2006, 2006 the above entitled matter was deemed the Master File in the

19   Rambus Inc., Derivative Litigation.  At that time, the Court consolidated the following cases

     under lead case number C-06-3513-JF: C-06-4153-JF and C-06-3921-JF.   In light of the
20
     consolidation, the clerk shall administratively close the following cases: C-06-4153-JF and C-06-
21
     3921-JF.
22

23   IT IS SO ORDERED.  _____
                              4/24/08
24

25

26                                              _____
                                         JEREMY FOGEL
27                                       United States District Judge

28